**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 14-1328

_____

RALPH L. HAYES,

               Plaintiff - Appellant,

        v.

LYNCHBURG CITY SCHOOL BOARD, as constituted by Mary Ann H.
Barker, Dr. Regina T. Dolan-Sewell, Charlie White, Jenny
Poore, J. Marie Walker, Thomas H. Webb, Albert Billingsly,
Katie Snydor, and Treney Tweedy, Members of the School
Board,

               Defendant - Appellee.

_____

Appeal from the United States District Court for the Western
District of Virginia, at Lynchburg.   Norman K. Moon, Senior
District Judge.  (6:13-cv-00008-NKM-RSB)

_____

Submitted:  September 25, 2014       Decided:  September 29, 2014

_____

Before WILKINSON and AGEE, Circuit Judges, and DAVIS, Senior
Circuit Judge.

_____

Affirmed by unpublished per curiam opinion.

_____

Ralph L. Hayes, Appellant Pro Se.  Phillip Verne Anderson, John
Chadwick Johnson, FRITH, ANDERSON & PEAKE, PC, Roanoke,
Virginia, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

In this Title VII action alleging racial discrimination, Ralph L. Hayes appeals the district court's order granting Lynchburg City School Board's motion for summary judgment. We have reviewed the record and find no reversible error. Accordingly, we deny Hayes' motion for the appointment of counsel and affirm for the reasons stated by the district court. Hayes v. Lynchburg City Sch. Bd., No. 6:13-cv-00008-NKM-RSB (W.D. Va. Mar. 7, 2014). We deny as moot the School Board's motion to quash. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED